Constitutional Right AN
F.R.V.CP Rule 38 For
Demand of Jury t

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

Michael Bacote Jr          , Plaintiff,

v.

Federal Bureau of Prisons   ,

D. Berkebile (Warden)       ,

D. Krist (SIA)              ,

R. Krist (Captain)          ,

A. Balsick (Correctional Officer) ,

G. Sandusky (Correctional Officer) ,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 20 2013

JEFFREY P. COLWELL
CLERK

**PRISONER COMPLAINT**

(Rev. 1/30/07)

## A. PARTIES

1. Michael Bacote 05835-007 ADX Florence
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   P.O. Box 8500 Florence, CO 81226

2. Federal Bureau of Prisons    320 First Street N.W.
   (Name, title, and address of first defendant)
   Washington D.C. 20534

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ✓ No (CHECK ONE). Briefly explain your answer:

3. D. Berkebile (Warden) Federal Correctional Complex 5880 State H.W.Y
   (Name, title, and address of second defendant)
   67 South Florence CO 81226

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ✓ No (CHECK ONE). Briefly explain your answer:

4. D. Krist (SIA) Federal Correctional Complex 5880 State H.W.Y
   (Name, title, and address of third defendant)
   67 South Florence CO 81226

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ✓ No (CHECK ONE). Briefly explain your answer:

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                     2

## A. PARTIES.

R. Krist (Captain) Federal Correctional Complex 5880 State H.W.Y 67 South Florence Co 81226

A. Balsick (Correctional Officer) Federal Correctional Complex 5880 State H.W.Y 67 South Florence Co 81226

G. Sandusky (Correctional Officer) Federal Correctional Complex 5880 State H.W.Y 67 South Florence Co 81226

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    \_\_\_ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    ✓ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    _____

    _____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

Correctional officers, A. Balsick, C. Sandusky did not feed me my food for 40 days. The (warden)(Captain) Krist, and his wife (SIA) D. Krist knew about the situation and never done nothing, my mental and Physically conditions was I harm because the B.O.P deny me access to medication for my mental health nee

(Rev. 1/30/07)                                                                3

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: **Eighth Amendent Cruel and Unusal Punishment**

   Supporting Facts: On May 1. 2012 I Michael Bacote was put in the SHU) the next day on May 2. 2012 Correctional Officers (A. Balsick) and (Ct. Sandusky) was working in (SHU) and they didnt feed me for 40 days. Both officers told me that I was not going to Eat for a Long Time I then file my Grievance (#695215-F1) I was Deprived of a Basic Human need and Prison official knew I was being deprived and did not respond reasonably to my Grievan[ce] Prison officials cannot ignore a problem once it is brought to their attention Vance V. Peters 97 F.3d 987 (7th Cir 1996)

(Rev. 1/30/07)                                                4

Eight

2. Claim Two: <u>Deliberate indifference to my "serious" medical need</u>
<u>Further Subjecting me to Cruel and Unusual Punishment</u>

Supporting Facts: My mental and physically conditions cause me Harm Helling 509 US At 33    Brown V. Zavaras 63 F.3d 967, 970 (10th Cir 1995) My Health was Unsafe Because I was throwing up Blood, Also I was getting dizzy And having suicide throughts, I tryed to Commit Suicide About 2 to 3 T I was Also Being Force to Eat Fluoride toothPaste Because I didnt hav Anying thing to eat. I lost About 55 Pounds. I experience depression, Despair, Anxicty, Rage, Claustrophobia, Hallucinations, Problems with my Impulse Control An Impaired Ability to think And Concentrate Pardue V. Fromm 94 F.3d 254 (7th Cir 1996)   Gregoire V. Class 236 F.3d 413 (8th Cir 20 I am Diagnoses to be mentally Ill, And mentally Retarded, Major Depress Disorder with Psychotic Featuers, Bipolar Illness, Antisocial Personality Disorder And (PTSD) I Requested to have my medication for my mental Illness, And on 2 or 3 occasions my Attorney (Ed Aro) From the Arnold & Porter Law Firm have Also helped me to Request my medicatio And Again Prison Officials Deny me my medication. My Doctor have Ord me to Be Place on my medication And I was still Deny Access treatment Estells 429 U.S. At 104-105
Meloy V. Bachmeier 302 F.3d 845, 849 (8th Cir 2002)

Violation of Program Statement D.C.G 3420.

3. Claim Three: ~~Violation~~ Violation my First Amendment ~~8th Amendment~~ Constitutional Right to Petition the Government For A Redress of Grievances

Supporting Facts: The Prison has a Process for Prisoners to Complain of mistreatment. The (SIA) or Special Investigative agent who's supposed to handle Reports of officer's misconduct is Dianna Krist The wife of ADX Prison Captain Russell Krist who oversees the Correctional Staff in other words the Captain is Responsible for investigating. The B.O.P Program Statement (O.C.G 3420.09) Say the (Captain R. Krist) & his wife (SIA D. Krist) should not be working in the same Department Illegal. SIA D. Krist will not investigating the Captain Because thats his wife. The Prison Officials knew I was Being Deprived of food.

Wilson V. Seiter 501 U.S. 294 (1991)
Farmer V. Brennan 511 U.S (1994)

And never responded to my complain Grievance. which Prison officials Ignore my Problem when it was Brought to their Attention Vance V. Peters 97 F.3d 987 (7th Cir 1996) Also Attorney Ed Aro from the Arnold & Porter Law Firm have E-mailed the (SIA Department to inform them that I was not Eating from correctional Staff and Again the warden, SIA, the Captain and the B.O.P never stop the Problem Please note that Inmate Dawane Arthur Mallett 13944-097 helped me with this Lawsuit. Because I am mentally Retarded I Am Unable to Read. ~~and~~ And my own motions.

(Rev. 1/30/07)       6

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? __ Yes __ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: *Federal Bureau of Prisons*

2. Docket number and court name: *1:12-cv-01570 RMP   Denver District Court   Alfred A Arraj Courthouse*

3. Claims raised in prior lawsuit: *mental health*

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): *still pending*

5. If the prior lawsuit was dismissed, when was it dismissed and why?

6. Result(s) of any appeal in the prior lawsuit:

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
   ✓ Yes __ No (CHECK ONE).

2. Did you exhaust available administrative remedies? ✓ Yes __ No (CHECK ONE).

(Rev. 1/30/07)                               7

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

1. ~~[struck through]~~ Five millions US dollars -- 5,000,000.00

2. ~~[struck through]~~

3. Compensatory Damages

4. Punitive Damages

5. To Be Place on my Mental Health medications

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on   9.18.13
                (Date)

_Michael Bacote_
(Prisoner's Original Signature)

(Rev. 1/30/07)                            8