7th Amendent FRCP Rule 38
Demand Jury trial

AMENDED Complaint.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-CV-02589- REB-KLM
(To be supplied by the court)

MichaEL BAcotE JR , Plaintiff,

v.

**FILED**
UNITED STATES DISTRICT COURT
DENVER. COLORADO

D. BERKEbilE (WARdEN) ,

DEC 2 6 2013

I. CoulTER (PsychoLogy) ,
(EDucation DEpaRtment)
GREEN Specialise ,

JEFFREY P. COLWELL
CLERK

_____ ,

_____ ,

_____ ,

_____ ,

_____ , Defendant(s).

(List each named defendant on a separate line.)

### PRISONER COMPLAINT

(Rev. 1/30/07)

# A. PARTIES

1. Michael Bacote Jr 05835-007 ADX Florence P.O. Box 8500
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   Florence, Co 81226

2. D. Berkebile (Warden) Federal Correctional Complex 5880 State HWY
   (Name, title, and address of first defendant)
   67 South Florence Co 81226

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under
   color of state law? ✓ Yes ___ No (CHECK ONE).  Briefly explain your answer:

   Yes He was the Warden At the Time ~~his action was don~~.
   A Parties

3. I. Coulter (Psychology) Federal Correctional Complex 5880 State HWY
   (Name, title, and address of second defendant)
   67 South Florence Co 81226

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under
   color of state law? ✓ Yes ___ No (CHECK ONE).  Briefly explain your answer:

   Yes She was And still Psychology At the time this Claim
   A Parties

4. Green (Education Department Specialise) Federal Correctional Complex
   (Name, title, and address of third defendant)
   5880 State HWY 67 South Florence

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under
   color of state law? ✓ Yes ___ No (CHECK ONE).  Briefly explain your answer:

   Yes She was Acting, A Parties.

(If you are suing more than three defendants, use extra paper to provide the information
requested above for each additional defendant.  The information about additional defendants
should be labeled "A. PARTIES.")

(Rev. 1/30/07)                              2

## B. JURISDICTION

1.   I assert jurisdiction over my civil rights claim(s) pursuant to:  (check one if applicable)

____   28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

✓   28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2.   I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.  If more space is needed to describe the nature of the case, use extra paper to complete this section.  The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

Psychology J. Coulter Fail to have A mental Health Unit (Program Statement 5310.12
Psychology J. Coulter Fail to have ReHabilitation PrcgRamos LAAMAN V. HelgemoE
437 F. Supp 269-316-17 (DNH 1977)
Ducation Depaetment Fail to have or give me ReHabilitation programs Also
Psychology J. Coulter Fail to give me a mental Health consideRed in Disciplinary
pRoceedings Due Process Also ADX PRison Denied me access to get my medication
that DR GundeRsen Requested And the warden D. BeRkebile Knew About it But didnt
do nothing Bacause I Filed on this situation And mentally Ill inmates do not Suppose
to Be house in ADX Super Max Program Statement 5100.08
Also Psychology J Coulter Fail to do A Personality Assessment Inventory (P.A.I)
test on me, or No other test on ma. Only to have my Grievanc Be Ignore
when the Problem was Brought to their Attention
VANCE V. Peters   97 f.3d 987 (7th Cir 1996)

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

Violated Constitional Rights, 8 Amendment And 14 Amendment

1. Claim One: ~~to a Please Plaitit the court~~

Supporting Facts: I Michael Bacote Jr ARE A mentally Ill and mentally Retaeded Inmate that are housed at the (AOX Prison) it is against AOX policy to house mentally Ill Inmates (Program Statement 5100.08) I Requested to go to a Mental tospital. my Request was only to Be Ignoee and I was Refuse of a mental Health tospital. I am Diagnose to Be mentally Ill From a Psychiatric Dr. Gunderson And the Court in Beaumont Tx By Psychology Dr. Coxs to Be mental Retaeded.

my Diagnose From Dr Gunderson Are major Deperssive with Psychotic Featuers, Bipolar, Antisocial Personality, And PTSD. I Been Lock Down in AOX Super max Peison For 5 to 6 years And my mental Health ARE Unsafe I am Experience depression, Despair, Anxicty, Rage, And Sulcide Activity, Claustrophobia, Hallucinations, Problem with my Impulse Control An Impaired ability to think and Concentrate Pardue V. Fromm 94 F.3d 254 (7th Cir 1996) Brown V. Zavaras 63 F.3d 967, 970 (10th Cir 1995) Causeing me Harm.

(Rev. 1/30/07)                    4

Psychology Fail to have a mental Health Unit/ADX Prison Denied me access to medication that a Psychiatric Dr Gunderson Requested

Violated constitutional Rights, 8 Amendment Rights

2.   Claim Two:   Fifth Amendment and 14th Amendment Rights

Supporting Facts: I told Psychology J. Coulter that I am experience Psychological trauma in Reaction to the Extreme Social Isolation and the severely Restricted Environmental Stimulation in the (SHU)(Lee V. Coughlin 26 F.Supp 2d 615, 637 SDNY 1998) Lock Down 23 hours a day, cant call home, No medication that will treat my mental Illness that I have, only to have Psychology J. Coulter tell me and the DHO Hearing officer that I am Not mental Ill or mental Retarded. But Psychology Dr J. Coulter have saw Uncontroverted Evidence that Prove I am mentally Ill. the Isolation Here at ADX SuperMax has worsed my Conditions (Davenport V. DeRobertis 844 F.2d 1310, 1313 (7th Cir 1988) Psychology J. Coulter have fail to screen out from SHU those Individuals who By virtur of their mental Condition are likely to be severely and adversely affected By Placement there(Langley V. Coughlin, 715 F. Supp. 522, 540 (SDNY 1989) Also Psychology Dr. Coulter has fail to have/and or place me in a mental Health Unit or Hospital, Because Inmates with mental Health problems must Be Place in a Separate area or Hospital and not in administrative/ punitive Segregation area (Brogsdale V. Barry 926 F.2d 1184, 1191 (DC Cir 1991) Psychology Dr. Coulter Know By Isolating a mentally Ill Inmate or a Human Being from other Human Beings year after year or even month after month can cause Substantial psychological Damage even If the Isolation is not total 715 F. Supp 522, 540 (SDNY 1989) Psychology Dr Coulter has fail to Remove All mentally Ill Inmates with Serious Illness from ADX Prison Super max (Jones'el V. Berge 164 F. Supp 2d 1096 1125-26 (WD Wis 2001) Which I Requested over 10 Times. only to Be Denied.

my Psychiatric Dr. Gunderson have order for me to Be Place on the medication Call Ritalin) only to Be Denied By ADX Prison Administrative (Estells 429 US at 104, 105) and Meloy V. Bachmeier 302 F.3d 845, 849 (8th Cir 2002) I michael Bacote Jr are entitled to have Psychiatric treatment where a Doctor has Concluded that I have a serious disease that might Be Curable and where Delay might cause Potential Harm (439 F.3d 280, 292 (6th Cir 2006) Riddle V. Mondragon 83 F.3d 1197, 1202 (10th Cir 1996) it are very Plain that from a Legal standpoint a Psychiatric and mental Health Care is a integral part of medical Care, it thus falls within the Requirement of (Estelle V. Gamble)... that it must Be provided to Prisoners (Gates V. Cook 376 F.3d 323, 343 (5th Cir 2004)

(Rev. 1/30/07)                                        5

# D. Cause of Action

2. Claim two

Psychology J. Coulter fail to give me a mental Health Competency Evaluation, Required By 28 CFR 541.6(A) mental Health may Be Relevant in a Prison Disciplinary Proceeding in three Separate But Related way whether the Prisoner is mentally Competent to Proceed with the Hearing (541.6 Program Statement whether the Prisoner was Responsible For Conduct at the time of the incident or Should not Be help Responsible Because of his mental State at the time, And whether the Prisoners mental Status Should Be considered to Lessen the Penalty or in determining what the Penalty should Be when there is a Connection Between mental Illness And Disciplinary misConduct A Prisoner with Serious mental Illness might commit a Disciplinary infraction that Jeopardize Chances For Parole, results in Lost of Goodtime And Results in Isolated Confinement Ray V. Carey 2006 U.S. Dist Lexis 43286 (ED Cal June 26 2006) most state recognize the Relevance of mental Health And Require that Prison Administrators Consider A Prisoner's mental Health During Disciplinary Proceedings when deciding whether to Sanction Prisoners And If So how to Sanction them, the Hearing officer must Decide A Psychiatric Valution to take all Information into Account And then to Consider ferring the Prisoner to a mental Health unit instead of disciplining in 155 AD 2d 844, 845 548 N.YS 2d 105, 107 (3d Dept 1989) Psychology e. Coulter fail when it was No mental Evaluation Conducted Before or after alleged Incident to Rule out, if alleged incident Occurred As e Result of a Severe mental disease or Defect As Required By CFR 541.6(B) I was not Permitted Opportunity to Attend UDC Hearing vide Documentary Evidence As Required By 28 C.F.R. 541.7 (d)(E) Dr Her told the D.H.O I am not mentally ill which she lied. Also Dr lter did not Conducted A Personality Assessment Inventory (P.A.I.) test I was Denied my Constitional Rights and

D   Cause of Action

Claim two   Page 2

Due Process

8 Amendment, 14 Amendment, Fifth Amendment

3.   Claim Three: DUE PROCESS

Supporting Facts: AS A General Rule, However Courts have At times Ordered PRISONS to Implement treatment PROgrams where their Denial would Otherwise Lead to Conditions that were so Bad that they Violated PRISONERS rights to medical CARE, PRISONERS often Raise these ISSUES SUCCESSFULLY in the Context of Broader Claims About UnConstitutionAl Conditions OF ConFINement AdditionAlly At Least Some CouRTs has Found that RRisoners Should BE FRee to Attempt reHAbilitation OR the Cultivation OF New Socially AcceptAble And USEFUl SKills And Freedom (LAAMAN V. HElgemoE 437 F. Supp 269 316, -17 (DNH 1977) Psychology DR. Coulter as FAil to have GRoup therApy PRograms, which I Requested Per Psychology SERVice MANUAl A Mental Health Unit, I have A History OF A MAjoR AXIS ONE DisORdeR mental ILLness that Substantially ImpAiRs the Ability to Function a Chronic AND Life Long Condition Characterized By AN (IQ) OF 70 BeLow. I Request PROgrams From Education Department, ONE ON ONE treatment PRogram Statement 5310.12 STATES the Education Department AND Psychologist Shall develope AN INSTitution PlAn to ENSURE that All mentally Ill INMATES who meet the CRITERIA FOR mental Illness, mental Retardation, And LeaRNing disability, Are Entered Into the sentRy DisAbility Assignment System with the AppRopriate disAbility / Accommodation Assignment PRogram Statement 5310.12 The B.O.P is Committed to Accommodating wherever And whenever Feasible the Special needs OF the mentally DisAbled INMATE. Accommodation is defined AS Anything done to meet the needs OF A mentally disAble INMATE to ASSIST that INMATE in the PeRFORMANCE OF ONE OR MORE MAjoR lIFE Activity most Accommodations FOR mentally DisAbled INMATES will Be PRovided through PROgrams AndOR Services (Medication, GRoup therApy, CASE MANAGEMENT, EDUCATION PRograms, et Etc.) Accommodation MAy need to Be PRovided OR CReated to Address the Unique needs OF A PARTiCular mentally Ill INMATE. Psychology DR. J Coulter And Also Education Department ms. GReen has FAil to Accommodate me with (ONE ON ONE EDUCATION treatment And A (Mental Health Unit.) And the warden D. Berkebile Knew About it But didnt do anything About it deliberate INdiFFERence Because I FiLed ON this situation

(Rev. 1/30/07)                                                6

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit:

B.O.P

2. Docket number and court name:

DISTRICT CouRT FoR the District of COLORADO
1:12-CV-01570
Ed ARO Attorney

3. Claims raised in prior lawsuit:

mental Health

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?):

ARE still Pending

5. If the prior lawsuit was dismissed, when was it dismissed and why?

NO

6. Result(s) of any appeal in the prior lawsuit:

NO

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?

✔ Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? ✔ Yes ___ No (CHECK ONE).

(Rev. 1/30/07)                                    7

## G. REQUEST FOR RELIEF

State the relief you are requesting.  If you need more space to complete this section, use extra paper.  The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

1. to Be Place in a mental Health unit
2. to Be Place on my medication call (Ritalin)
3. 5 million Dollars

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on ___12.24.13___
                 (Date)

___Michael Bacote Jr___
        (Prisoner's Original Signature)

(Rev. 1/30/07)                          8