IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02589-REB-KLM

MICHAEL BACOTE JR,

    Plaintiff,

v.

WARDEN D. BERKEBILE,
J. COULTER (Psychology),
GREEN, Education Department Specialist,
A.W. WARDEN (Overseas Psychology Department),
D. KRIST (SIA),
CAPTAIN R. KRIST,
CORRECTIONAL OFFICER A. BALSICK, and
CORRECTIONAL OFFICER G. SANDUSKY,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's untitled document filed on January 27, 2014 [#43][1] (the "Motion"). The Motion reiterates Plaintiff's desire to amend his Complaint that was expressed in previous filings, including his Motion for Leave to File an Amended Complaint Pursuant to Rule(15) Fed. R. Civ. P. [#38] which was granted on January 24, 2014 [#40]. In the Motion, Plaintiff states that he wants to add the five Defendants who were added to this case when his Second Amended Complaint [#41] was accepted by the Court. Therefore, the relief requested in the Motion has already been granted. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#43] is **DENIED as moot**.

    Dated:  January 29, 2014

---

[1] "[#43]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.