IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02589-REB-KLM

MICHAEL BACOTE JR,

    Plaintiff,

v.

WARDEN D. BERKEBILE,
J. COULTER (Psychology),
GREEN, Education Department Specialist,
A.W. WARDEN (Overseas Psychology Department),
D. KRIST (SIA),
CAPTAIN R. KRIST,
CORRECTIONAL OFFICER A. BALSICK, and
CORRECTIONAL OFFICER G. SANDUSKY,

    Defendants.

---

## APPOINTMENT ORDER

---

In accordance with Part III.C. of the U.S. District Court's ***Pilot Program to Implement A Civil Pro Bono Panel***, the Court hereby determines that Plaintiff Michael Bacote Jr. merits appointment of counsel drawn from the Civil Pro Bono Panel. The Court is satisfied that the following factors and considerations have been met:

    1) the nature and complexity of the action;

    2) the potential merit of the pro se party's claims;

    3) the demonstrated inability of the pro se party to retain counsel by other means; and

4) the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

Accordingly, it is **ORDERED** that the Clerk shall select, notify, and appoint counsel to represent the pro se litigant in this civil matter.

Dated at Denver, Colorado this 17th day March, 2014.

U.S. MAGISTRATE JUDGE KRISTEN L. MIX