IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02589-REB-KLM

MICHAEL BACOTE JR,

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
G. SANDUSKY, Correctional Officer, and
A. BALSICK, Correctional Officer

      Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Plaintiff's Motion to Strike or Withdraw Plaintiff's Response to Defendants' Motion to Dismiss** [#75][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#75] is **GRANTED**.  Accordingly

IT IS FURTHER **ORDERED** that Plaintiff's Response to Defendants' Motion to Dismiss [#74] is deemed **WITHDRAWN**.

Dated:  July 21, 2014

---

[1]  "[#75]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.