IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02589-REB-KLM

MICHAEL BACOTE JR,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
G. SANDUSKY, Correctional Officer, and
A. BALSICK, Correctional Officer

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Motion to Stay Decision on Unopposed Motion Withdraw as Counsel** [#82][1] (the "Motion") filed by counsel for Plaintiff, Attorneys Brent R. Owen and Caitlin McHugh. In the Motion, counsel for Plaintiff asks the Court to stay its ruling on the pending Unopposed Motion to Withdraw as Counsel [#80] (the "Withdrawal Motion") because after filing the Withdrawal Motion counsel "received third-party correspondence indicating that [Plaintiff] [ ] changed his mind regarding [counsel's] continued representation." *Motion* [#82] at 1. Counsel further states that they will "provide a status update concerning their continued representation of [Plaintiff] on or before December 12, 2014." *Id.* at 2.

    IT IS HEREBY **ORDERED** that the Motion [#82] is **GRANTED**. The Court will not rule on the Withdrawal Motion [#80] until after the status update is filed by Plaintiff's counsel.

    Dated: December 2, 2014

---

[1] "[#82]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.