IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02589-REB-KLM

MICHAEL BACOTE JR,

     Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
G. SANDUSKY, Correctional Officer, and
A. BALSICK, Correctional Officer

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the **Unopposed Motion to Withdraw as Counsel** [#80] (the "Motion") and the **Status Update Regarding Unopposed Motion to Withdraw As Counsel** [#88] (the "Status Update") filed by counsel for Plaintiff, Attorneys Brent R. Owen ("Owen") and Caitlin McHugh ("McHugh").  On November 21, 2014, Plaintiff's counsel filed their Motion to Stay Decision on Unopposed Motion to Withdraw as Counsel [#82][1] (the "Stay Motion"), which was granted by the Court on December 2, 2014 [#84].  When ruling on the Stay Motion, the Court noted that it would not rule on the Motion [#80] until after Plaintiff's counsel filed a status update.  *Minute Order* [#84] at 1.  On December 5, 2014, Plaintiff's counsel filed the Status Update informing the Court that they would like the Court to rule on the Motion because "irreconcilable differences prevent [them] from continuing to represent Mr. Bacote." *Status Update* [#88] at 2.  The Court finds that the Motion complies with the requirements set forth in D.C.COLO.LAttyR 5(b).  Accordingly,

     IT IS HEREBY **ORDERED** that the Motion [#80] is **GRANTED**.

     IT IS FURTHER **ORDERED** that Attorneys Owen and McHugh are relieved of any further representation of Plaintiff in this case.  The Clerk of the Court is instructed to

---

[1] "[#82]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.

1

terminate Attorneys Owen and McHugh as counsel of record, and to remove their names from the electronic certificate of mailing.

Because Plaintiff will now be proceeding pro se, the Court hereby notifies him that he is under a legal obligation to comply with the Federal Rules of Civil Procedure, the Local Rules in this District, and all orders of this Court.  *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992).  To the extent that Plaintiff feels that he cannot bear the responsibility at this time, he may voluntarily dismiss his case without prejudice pursuant to Fed. R. Civ. P. 41(a).  In order to more fully explain the responsibilities Plaintiff now bears as a pro se litigant, the Court has attached a letter as an exhibit to this Minute Order.

Dated:  December 8, 2014