IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02589-REB-KLM

MICHAEL BACOTE JR,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
G. SANDUSKY, Correctional Officer, and
A. BALSICK, Correctional Officer

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Notice of Withdrawal of Emergency Motion to Transfer** [#125][1] (the "Notice") and Plaintiff's **Emergency Motion to be Transfer [sic] From ADX Prison to a Mental Health Treatment Center** [#118] (the "Motion"). In the Notice, Plaintiff informs the Court that he withdraws the Motion. Notice [#125] at 1. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#118] is deemed **WITHDRAWN**.

    Dated: September 14, 2015

---

[1] "[#125]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.